IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 3:14-CV-2128-P |
| EFFIE E. BOOKER, | |
| Defendant. | |

## UNITED STATES' CERTIFICATE OF INTERESTED PERSONS

Pursuant to LR 3.1(c), the United States of America states that other than the United States and Defendant Effie E. Booker, no other person, organization, or legal entity has a financial interest in the outcome of this case.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

 s/ Megan J. Fahey
Megan J. Fahey
Assistant United States Attorney
Texas Bar No. 24043655
801 Cherry Street, Suite 1700
Fort Worth, TX 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455
megan.fahey@usdoj.gov